Frank G. Sayre and James H. Rogers, Copartners Trading as Sayre & Rogers, Respondents, v. Isaac Beck, Appellant.— Order denying defendant's motion to discharge judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Annie Schnurman, Appellant, v. Morris Vinitzky and Others, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Bertha Sherman, Respondent, v. Bernard Sherman, Appellant.— Judgment modified by striking out the provision for a personal judgment against the defendant and for execution thereupon, and, as so modified, unanimously affirmed, without costs. Conclusions of law first and second are reversed. In our opinion, the plaintiff was not entitled to a personal judgment against the defendant for the amount of her advances. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Joseph J. Smith, Respondent, v. Glens Falls Indemnity Company, Appellant, and C. R. Rikel, Inc., and Others, Defendants.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs, upon the ground that no authority was shown in the agent, C. R. Rikel, Inc., to bind the defendant on a contract with the plaintiff as broker in effecting policies of indemnity insurance (*Dudley* v. *Perkins*, 235 N. Y. 448); and that there is no sufficient evidence to make a question of fact that the services of plaintiff were the efficient and procuring cause of obtaining and writing the individual policies of indemnity insurance. (*Sibbald* v. *Bethlehem Iron Co.*, 83 N. Y. 378, 383; *Wynus* v. *Utz*, 152 App. Div. 756; *Applebaum* v. *Witbeck*, 231 id. 297.) Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Kapper, J., dissents and votes to affirm.

Davidson L. Southard, Respondent, v. George L. Hagerty, Appellant. (Action No. 2.) — Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Ramon C. Stuart, Respondent, v. Henry Ehser, Appellant.— Order denying motion to vacate notice of examination, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the notice of examination. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Gussie Winter, Respondent, v. " Isidor " A. Levitt, First Name " Isidor " Being Fictitious, True First Name of Defendant Being Unknown to Plaintiff, Amended to Read Israel A. Levitt, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.